

# Fourth Court of Appeals
## San Antonio, Texas

July 23, 2019

No. 04-19-00387-CV

**STATE OF TEXAS FOR THE PROTECTION OF R.F.**,
Appellant

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-01450
The Honorable Aaron Haas, Judge Presiding

# O R D E R

By order dated July 9, 2019, appellant was ordered to provide written proof that the filing fee for filing this appeal was paid. On July 11, 2019, appellant filed a letter remitting payment. The reporter's record was originally due to be filed on August 5, 2019; however, our prior order suspended that deadline. It is therefore ORDERED that the reporter's record must be filed in this appeal no later than thirty days from the date of this order.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of July, 2019.

_Keith E. Hottle_
Keith E. Hottle,
Clerk of Court